NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Thomas S. Carter, Esq. (SBN 256876)
THE LAW OFFICES OF THOMAS S. CARTER
250 W. First Street, Suite 340
Claremont, CA 91711
Tel: 909.296.3360
Fax: 909.697.4444
tcarter@tscarterlaw.com

ATTORNEY(S) FOR: LUCY YANG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MAERSK LINE | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:18-cv-01541-SVW-SPx |
| v. | |
| STARMAX METAL & SUPPLY, INC.; LUCY YANG, individually and dba STARMAX METAL & SUPPLY, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____LUCY YANG_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| STARMAX METAL & SUPPLY, INC. | DEFENDANT / DISSOLVED CORPORATION |

August 16, 2018                           /s/ Thomas S. Carter
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Thomas S. Carter, Esq., Attorney for Defendant LUCY YANG

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**