Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE, ) | Case No. CV 18-1541 SVW (SPx) |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST FOR DEFAULT BY CLERK** |
| vs. ) | **(F.R.Civ.P. 55(a))** |
| ) | |
| STARMAX METAL & SUPPLY, INC. ;) | |
| LUCY YANG individually and dba) | |
| STARMAX METAL & SUPPLY, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ | |

To the Clerk of the above-entitled Court:

Maersk Line (hereinafter "Plaintiff") hereby requests that the clerk of the above-entitled court enter default in this matter against Starmax Metal & Supply, Inc. (hereinafter "Defendant") on the grounds that Defendant has failed to appear or otherwise file a responsive pleading to the complaint within the time frame prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Summons and Complaint on Defendant on July 30, 2018 as evidenced by the Proof of Service (D.E.10) previously filed with this Court.

The above-stated facts are set forth in the accompanying Declaration of Stephen M. Uthoff filed herewith.

Dated:  October 6, 2018

                                            By:   _/s/Stephen M. Uthoff_____
                                                     Stephen M. Uthoff
                                                     The Uthoff Law Corporation
                                                   Attorneys for Plaintiff
                                                   MAERSK LINE

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                                          )   ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On October 6, 2018 I served the foregoing document described as **REQUEST FOR DEFAULT BY CLERK** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

See attached

[**X**] **BY MAIL:**  I caused such envelope to be deposited in the mail at Long Beach, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error.  A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto and shows the date, time and telephone number of the transmitting facsimile machine.  Facsimile transmissions were sent and addressed as stated above:

[x] VIA CM/ECF: Pursuant to General Order 10-07 the forgoing document was served on opposing counsel via the Court's CM/ECF system.

[ ] **BY FEDERAL EXPRESS NEXT BUSINESS DAY DELIVERY**
The papers were deposited in an envelope designated by the express service carrier and deposited with a facility maintained by the express service courier with delivery fees paid and addressed to the address last shown by that person on any document filed in the action.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 6, 2018 at Long Beach, California.

                                                    ___/s/Stephen M. Uthoff_____
                                                         Stephen M. Uthoff

By mail to
Starmax Metal & Supply, Inc.
14410 Belhaven Ave
Chino, CA 91710

By ECF
Thomas S. Carter, Esq.
THE LAW OFFICES OF THOMAS S. CARTER
250 W. First Street, Suite 340
Claremont, CA 91711
Counsel for Lucy Yang