Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE, | Case No. CV 18-1541 SVW (SPx) |
| Plaintiff, | |
| | **STIPULATED DISMISSAL** |
| vs. | |
| STARMAX METAL & SUPPLY, INC. ; LUCY YANG individually and dba STARMAX METAL & SUPPLY, INC. | |
| Defendants. | |

The parties herein, by and through their counsel of record, pursuant to FRCP Rule 41(a)(1)(A)(ii) hereby agree to dismiss the Lucy Yang individually and dba Starmax Metal & Supply, Inc, with prejudice and Starmax Metal & Supply, Inc. without prejudice, each party to bear their own costs and fees.

November 28, 2018           By:     ____s/Stephen M. Uthoff_____
                                    Stephen M. Uthoff
                                    The Uthoff Law Corporation
                                    Attorneys for Plaintiff
                                    Maersk Line

1

November 28 , 2018          By:      ____s/Thomas S. Carter_____
                                     Thomas S. Carter
                                     The Law Offices of Thomas S. Carter
                                     Attorneys for Defendant
                                     Lucy Yang

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On November 28, 2018 I served the foregoing document described as **STIPULATED DISMISSAL** on the interested parties in this action as follows:

See attached

[ xx] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto and shows the date, time and telephone number of the transmitting facsimile machine. Facsimile transmissions were sent and addressed as stated above:

[x] VIA CM/ECF: Pursuant to General Order 10-07 the forgoing document was served on opposing counsel via the Court's CM/ECF system.

[ ] **BY FEDERAL EXPRESS NEXT BUSINESS DAY DELIVERY**
    The papers were deposited in an envelope designated by the express service carrier and deposited with a facility maintained by the express service courier with delivery fees paid and addressed to the address last shown by that person on any document filed in the action.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 28, 2018 at Long Beach, California.

___/s/Stephen M. Uthoff_____
Stephen M. Uthoff

By mail to
Starmax Metal & Supply, Inc.
14410 Belhaven Ave
Chino, CA 91710

By ECF
Thomas S. Carter, Esq.
THE LAW OFFICES OF THOMAS S. CARTER
250 W. First Street, Suite 340
Claremont, CA 91711
Counsel for Lucy Yang