JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAERSK LINE, | ) | Case No. CV 18-1541 SVW (SPx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| STARMAX METAL & SUPPLY, INC. ; | ) | |
| LUCY YANG individually and dba | ) | |
| STARMAX METAL & SUPPLY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

_____

GOOD CAUSE APPEARING THEREFOR, pursuant to the Stipulation of the parties the Lucy Yang individually and dba Starmax Metal & Supply Inc. is dismissed with prejudice, and Starmax Metal & Supply, Inc. is dismissed without prejudice each party to bear their own costs and fees.

Dated: November 29, 2018

_____
Honorable Stephen V. Wilson
United States District Judge

1